# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Road & Roof Construction Company | ) | ASBCA No. 60254 |
| | ) | |
| Under Contract No. W912ER-12-C-0031 | ) | |

APPEARANCE FOR THE APPELLANT:  R. Dale Holmes, Esq.
    Cohen Seglias Pallas Greenhall & Furman PC
    Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Pietro O. Mistretta, Esq.
    Nancy L. Pell, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Middle East
    Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  10 December 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60254, Appeal of Road & Roof Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals